FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2015 FEB 11  PM 3:24

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

JEREMY L. ADDISON

CASE NO. 6:15-cr- 23-ORL-41 DAB
18 U.S.C. § 111(a)(1)
18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 871(a)
18 U.S.C. § 876(c)
18 U.S.C. § 981(a)(1)(C) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 6, 2014, in Volusia County, Florida, in the Middle District of Florida and elsewhere,

**JEREMY L. ADDISON**

the defendant herein, did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with G.H., a person designated in Title 18, United States Code, Section 1114, that is, a Special Agent of the United States Secret Service, while G.H. was engaged in and on account of the performance of his official duties, and in doing so did engage in acts involving physical contact upon G.H.

All in violation of Title 18, United States Code, Sections 111(a)(1).

### COUNT TWO

On or about February 6, 2014, in Volusia County, Florida, in the Middle

District of Florida and elsewhere,

## JEREMY L. ADDISON

the defendant herein, did threaten to assault and murder a Federal law enforcement officer, that is, G.H., a Special Agent of the United States Secret Service, with intent to impede, intimidate, and interfere with such law enforcement officer while he was engaged in the performance of his official duties, and to retaliate against such law enforcement officer on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT THREE

On or about February 4, 2014, in Volusia County, Florida, in the Middle District of Florida and elsewhere,

## JEREMY L. ADDISON

the defendant herein, did knowingly and willfully make a threat, which he understood and meant the words as a true threat, to take the life of, and to inflict bodily harm upon the President of the United States, by writing and mailing a letter to the Volusia County Sheriff's Office, in Daytona Beach, Florida, stating in substance that he intended to kill Barack Obama, the President of the United States of America, that "you must indeed die. I've gave you a chance before..but now your time has come..and today you will meet your maker. I'm sure this anthrax will indeed do the job...."

All in violation of Title 18, United States Code, Section 871(a).

## COUNT FOUR

On or about February 4, 2014, in Volusia County, Florida, in the Middle District of Florida and elsewhere,

**JEREMY L. ADDISON**

the defendant herein, did knowingly deposit in a post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and caused to be delivered by the Postal Service according to the directions thereon, a communication with name subscribed thereto, addressed to another person, and containing a threat to injure another person, that is, a communication addressed to the Volusia County Sheriff's Department Administration, in Daytona Beach, Florida, that threatened to kill the President of the United States.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE

On or about September 17, 2014, in Volusia County, Florida, in the Middle District of Florida and elsewhere,

**JEREMY L. ADDISON**

the defendant herein, did knowingly and willfully make a threat, which he understood and meant the words as a true threat, to take the life of, and to inflict bodily harm upon the President of the United States, by writing and mailing a letter to the United States Attorney General, in Washington, D.C., stating in substance that he intended to kill Barack Obama, the President of the United States of America, that "you're a dead man...boy I hate swine. I'm the general me..and

anthrax, so yes I intend to kill you."

All in violation of Title 18, United States Code, Section 871(a).

## COUNT SIX

On or about September 17, 2014, in Volusia County, Florida, in the Middle District of Florida and elsewhere,

**JEREMY L. ADDISON**

the defendant herein, did knowingly deposit in a post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and caused to be delivered by the Postal Service according to the directions thereon, a communication with name subscribed thereto, addressed to another person, and containing a threat to injure another person, that is, a communication addressed to the United States Attorney General, in Washington, D.C., that threatened to kill the President of the United States.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT SEVEN

On or about September 17, 2014, in Volusia County, Florida, in the Middle District of Florida and elsewhere,

**JEREMY L. ADDISON**

the defendant herein, did knowingly and willfully make a threat, which he understood and meant the words as a true threat, to take the life of, and to inflict bodily harm upon the President of the United States, by writing and mailing a letter to the United States Court of Appeals for the Eleventh Circuit, in Atlanta, Georgia,

stating in substance that he intended to kill Barack Obama, the President of the United States of America, that "I signed off on your death sentence. Check out this unique and authentic form of (anthrax)."

All in violation of Title 18, United States Code, Section 871(a).

## COUNT EIGHT

On or about September 17, 2014, in Volusia County, Florida, in the Middle District of Florida and elsewhere,

### JEREMY L. ADDISON

the defendant herein, did knowingly deposit in a post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and caused to be delivered by the Postal Service according to the directions thereon, a communication with name subscribed thereto, addressed to another person, and containing a threat to injure another person, that is, a communication addressed to the United States Court of Appeals for the Eleventh Circuit, in Atlanta, Georgia, that threatened to kill the President of the United States.

All in violation of Title 18, United States Code, Section 876(c).

## FORFEITURES

1. The allegations contained in Count Two of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Count Two of this

Indictment, punishable by imprisonment for more than one year, the defendant

**JEREMY L. ADDISON**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation(s).

    3.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Shawn P. Napier
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

JEREMY L. ADDISON

## INDICTMENT

Violations:

18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 871(a)
18 U.S.C. § 876(c)

A true bill,

_____
Foreperson

Filed in open court this 11th day

of February, 2015.

_____
Clerk

Bail   $_____

GPO 863 525